Fill in this information to identify the case:

Debtor 1  Tanya Elaine Diggs-Fountain
aka Tanya Elaine Diggs
aka TED Fountain
aka Tanya Elaine Fountain
aka Tanya Elaine Fountain-Diggs

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of VIRGINIA

Case number 18-33785-KLP

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: MTGLQ INVESTORS, L.P.**          **Court claim no**. (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 9766

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: 

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 10/03/2018 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan review | 10/02/2018 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Tanya Elaine Diggs-Fountain</u>　　　　　　　　　　　Case number *(if known)* <u>18-33785-KLP</u>
<u>aka Tanya Elaine Diggs</u>
<u>aka TED Fountain</u>
<u>aka Tanya Elaine Fountain</u>
<u>aka Tanya Elaine Fountain-Diggs</u>
　　　Print Name　　Middle Name　　Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗　<u>　/s/ Paul Crockett　　　　　　　　　　　　</u>　　　　　Date　<u>__03/28/2019__</u>
　　Signature

Print　　<u>　　Paul Crockett　　　　　　　　　　　　</u>　　　　Title　<u>Bankruptcy Attorney</u>
　　　　First Name　　Middle Name　　Last Name

Company　<u>RAS Crane, LLC</u>

Address　<u>10700 Abbott's Bridge Road, Suite 170</u>
　　　　Number　　　　Street

　　　　<u>Duluth, GA 30097</u>
　　　　City　　　　　　　　State　　ZIP Code

Contact Phone　<u>470-321-7112</u>　　　　　　　　　　Email　<u>pcrockett@rascrane.com</u>

***Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Postpetition Mortgage Fees, Expenses, and Charges is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____March 28, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Tanya Elaine Diggs-Fountain
3205 Chesham Street
Henrico, VA 23231

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

                    RAS Crane, LLC
                    Authorized Agent for Secured Creditor
                    10700 Abbott's Bridge Road, Suite 170
                    Duluth, GA 30097
                    Telephone: 470-321-7112
                    Facsimile: 404-393-1425

                    By: /s/ Matthew Drahush
                         Matthew Drahush
                         mdrahush@rascrane.com